

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00129-CV

| | | |
|---|---|---|
| IN THE INTEREST OF A.C., A CHILD | § | On Appeal from County Court at Law No. 1 |
| | § | of Parker County (CIV-17-0037) |
| | § | October 24, 2018 |
| | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's Final Order of Termination. It is ordered that the Final Order of Termination of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier